# UNITED STATES DISTRICT COURT
## District of Kansas
(Kansas City Docket)

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

        **v.**                  **CASE NO.** 25-CR-20059-HLT-ADM

**MARIO TORREZ-LOPEZ,**

        **Defendant.**

# INDICTMENT

**THE GRAND JURY CHARGES**:

## COUNT 1

**REENTRY OF A PREVIOUSLY REMOVED ALIEN CONVICTED OF A FELONY**
**[8 U.S.C. §§ 1326(a) & (b)(1)]**

On or about July 20, 2025, in the District of Kansas, the defendant,

**MARIO TORREZ-LOPEZ,**

a citizen of Mexico who is not a citizen or national of the United States, and who previously had been removed and deported from the United States on or about April 18, 2022, subsequent to a conviction for commission of a felony, was found in the United States in Wyandotte County, Kansas, not having obtained the consent of either the

Attorney General of the United States or the Secretary of Homeland Security for reapplication by the defendant for admission into the United States.

In violation of Title 8, United States Code, Sections 1326(a) & 1326(b)(1), with reference to Title 6, United States Code, Sections 202(3), 202(4) and 557.

A TRUE BILL.

July 30, 2025  /s/ Foreperson
DATE  FOREPERSON OF THE GRAND JURY


RYAN A. KRIEGSHAUSER
UNITED STATES ATTORNEY


By: /s/ *David P. Zabel*
David P. Zabel
Assistant United States Attorney
District of Kansas
500 State Avenue, Suite 360
Kansas City, Kansas 66101
Ph: (913) 551-6708
Fax: (913) 551-6541
Email: david.zabel@usdoj.gov
Ks. S. Ct. No. 17887

IT IS REQUESTED THAT THE TRIAL BE HELD IN KANSAS CITY, KANSAS

## PENALTIES

**Count 1: 8 U.S.C. §§ 1326(a) & 1326(b)(1)**
  **Reentry of a Previously Removed Alien Convicted of a Felony**

- Punishable by a term of imprisonment of not more than ten (10) years.  8 U.S.C. § 1326(b)(1).

- A term of supervised release of not more than three (3) years.  18 U.S.C. § 3583(b)(2).

- A fine not to exceed $250,000.  18 U.S.C. § 3571(b)(3).

- A mandatory special assessment of $100.00.  18 U.S.C. § 3013(a)(2)(A).